**C. BRUCE LAWRENCE, TRUSTEE-IN-BANKRUPTCY**
2400 Chase Square
Rochester, New York 14604
Telephone: (585) 232-5300 x256
Facsimile: (585) 238-9056
Email: cblawrence@boylanbrown.com

Sandra J. Ciaccia, Legal Assistant
Telephone: (585) 232-5300 x262
Facsimile: (585) 238-9062
Email: sjc@boylanbrown.com

July 19, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court
100 State Street
Rochester, New York 14614

  Re: Todd E. Brinkman and Babette J. Brinkman - Case #10-22601
     Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

  Enclosed please find my Trustee checks in the amount of $3.44 and $2.50. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

  _____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

  __X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| | | | |
|---|---|---|---|
| Claimant: PYOD LLC | Amount: $3.44 | Claims Register: #10 | Rec # 8239 $3.44 7/20/11 |
| Claimant: Ginny's | Amount: $2.50 | Claims Register: #16 | Rec # 8240 $2.50 7/20/11 |

C. Bruce Lawrence

FILED
JUL 20 2011
BANKRUPTCY COURT
ROCHESTER, NY