**C. BRUCE LAWRENCE, TRUSTEE-IN-BANKRUPTCY**
2400 Chase Square
Rochester, New York 14604
Telephone: (585) 232-5300 x256
Facsimile: (585) 238-9056
Email: cblawrence@boylanbrown.com

Sandra J. Ciaccia, Legal Assistant
Telephone: (585) 232-5300 x262
Facsimile: (585) 238-9062
Email: sjc@boylanbrown.com

July 19, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court
100 State Street
Rochester, New York 14614

  Re: **Todd E. Brinkman and Babette J. Brinkman - Case #10-22601**
     **Request to Deposit Unclaimed Funds into the United States Treasury**

Dear Clerk of Court:

  Enclosed please find my Trustee checks in the amount of $3.44 and $2.50. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

  \_\_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

  **\_X\_\_\_** The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Claimant: PYOD LLC | Amount: $3.44 | Claims Register: #10 |
| Claimant: Ginny's | Amount: $2.50 | Claims Register: #16 |

*[handwritten: Rec # 8239  $3.44  7/20/11]*
*[handwritten: Rec # 8240  $2.50  7/20/11]*

C. Bruce Lawrence

**FILED JUL 20 2011 BANKRUPTCY COURT ROCHESTER, NY**